# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 27, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 04-1062 | |
| | Appeal from the United States District |
| KENNETH A. MARSHALL, | Court for the Northern District |
| *Plaintiff-Appellant,* | of Indiana, South Bend Division. |
| | |
| *v.* | No. 03 C 460 |
| | |
| STANLEY KNIGHT, et al., | Robert L. Miller, Jr., |
| *Defendants-Appellees.* | *Chief Judge.* |

## O R D E R

The opinion issued on April 26, 2006, is amended as follows:

The second sentence of the first paragraph on page 1 shall be replaced by the following sentence: "Before the superintendent was served with the complaint, Marshall filed what he captioned a 'Petition To Amend Complaint And To Include The Submissions Of Exhibits and Affidavits.'"